United States Department of Justice
Office of the United States Attorney
Southern District of West Virginia

April 1998

Financial Statement of Debtor
*(Submitted for Government Action on
Claims Due the United States)*
NOTE: Use additional sheets where space on this
form is insufficient or continue on back of last page.

Authority for the solicitation of the requested information is one or more of the following: 5 U.S.C. 301, 901 (see Note, Executive Order 6166, June 10, 1933); 28 U.S.C. 501, *et seq.*; U.S. 31 U.S.C. 951, *et seq.*; 44 U.S.C. 3101; 4 CFR 101, *et seq.*; 28 CFR 0.160, 0.171 and Appendix to Subpart Y, Fed. R. Civ. P. 33(a), 28 U.S.C. 1651, 3201 *et seq.*

The principal purpose for gathering this information is to evaluate your ability to pay the Government's claim or judgment against you. Routine uses of the information are established in the following U.S. Department of Justice Case File Systems published in Vol. 42 of the Federal Register: Justice/CIV-001 at page 5332; Justice/TAX-001 at page 15347; Justice/USA-005 at pages 53406-53407; Justice/USA-007 at pages 53408-53410; Justice/CRIM-016 at page 12774. Disclosure of the information is voluntary. If the requested information is not furnished, the U.S. Department of Justice has the right to such disclosure of the information by legal methods.

## PERSONAL IDENTIFICATION

1. Name *(debtor)*: JAMES PERRY WOOLEY
2. Birth Date *(mo. day yr.)*: ██ 35
3. Social Security No.: ███ 8104
4. Other Names Used: JIM WOOLEY
5. Driver's License No.: Ky W92-025-910
6. Home Address *(Street, City, State & Zip Code)*: 1073 ROSE LANE LOUISA, KY 41230
7. Home Phone *(Area Code)*: 606-638-3033
8. Education
   ( ) Less than 12 years
   ( ) Vocational School
   (4) Years of College
   ( ) High School Diploma or Equivalent
   ___ Years of Post Graduate
   Degrees: BS - PHARMACY

## SPOUSE/COMPANION

9. Spouse's Name: DOROTHY FAYE WOOLEY
10. Birth Date *(mo. day yr.)*: ██ 54
11. Social Security No.: ███ 6677
12. Spouse's Address *(if different)*:
13. Driver's License No.: C92-150-465 Ky

## DEPENDENTS

14. List all dependents who live with you:

| NAME | AGE | RELATIONSHIP |
|---|---|---|
| NONE | | |
| | | |
| | | |

15. List names and addresses of all dependents who do not live with you:

| NAME/ADDRESS | AGE | RELATIONSHIP |
|---|---|---|
| NONE | | |
| | | |

16. List amount of monthly income received by dependents from any sources other than you or your spouse: $ NA

17. Total amount of monthly income paid by you or your spouse to dependents listed in item 15 is: $ NA

Ex. 2

5755

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| James P Wooley, HC 67 Box 3025, Pilgrim, KY 41250 | | | | | ***-**-8104 | Married/Withhold | Fed-0/0/KY-0/0 |
| | | | | | Pay Period: 06/12/2011 - 06/18/2011 | | Pay Date: 06/20/2011 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| salaries and wages | 40:00 | 12.50 | 500.00 | 12,500.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -36.00 | -900.00 |
| Social Security Employee | -21.00 | -525.00 |
| Medicare Employee | -7.25 | -181.25 |
| KY - Withholding | -22.96 | -574.00 |
| | -87.21 | -2,180.25 |
| Net Pay | 412.79 | 10,319.75 |

Strosnider dba Sav-Rite Pharmacy, #50 Lincoln Street P.O. box 600, Kermit, WV 25674 (304) 393-3386

5755

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| James P Wooley, HC 67 Box 3025, Pilgrim, KY 41250 | | | | | ***-**-8104 | Married/Withhold | Fed-0/0/KY-0/0 |
| | | | | | Pay Period: 06/12/2011 - 06/18/2011 | | Pay Date: 06/20/2011 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| salaries and wages | 40:00 | 12.50 | 500.00 | 12,500.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -36.00 | -900.00 |
| Social Security Employee | -21.00 | -525.00 |
| Medicare Employee | -7.25 | -181.25 |
| KY - Withholding | -22.96 | -574.00 |
| | -87.21 | -2,180.25 |
| Net Pay | 412.79 | 10,319.75 |

Strosnider dba Sav-Rite Pharmacy, #50 Lincoln Street P.O. box 600, Kermit, WV 25674 (304) 393-3386

595761 (5/10)

12:2. PM
06/16/11

## Strosnider dba Sav-Rite Pharmacy
## Payroll Summary
### June 13 - 16, 2011

|  | James P Wooley | | | TOTAL | | |
|---|---|---|---|---|---|---|
|  | Hours | Rate | Jun 13 - 16, ... | Hours | Rate | Jun 13 - 16, ... |
| **Employee Wages, Taxes and Adjustme...** | | | | | | |
| Gross Pay | | | | | | |
| salaries and wages | 40 | 12.50 | 500.00 | 40.00 | | 500.00 |
| Total Gross Pay | 40 | | 500.00 | 40.00 | | 500.00 |
| Adjusted Gross Pay | 40 | | 500.00 | 40.00 | | 500.00 |
| **Taxes Withheld** | | | | | | |
| Federal Withholding | | | -36.00 | | | -36.00 |
| Medicare Employee | | | -7.25 | | | -7.25 |
| Social Security Employee | | | -21.00 | | | -21.00 |
| KY - Withholding | | | -22.96 | | | -22.96 |
| Total Taxes Withheld | | | -87.21 | | | -87.21 |
| Net Pay | 40 | | 412.79 | 40.00 | | 412.79 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 0.00 | | | 0.00 |
| Medicare Company | | | 7.25 | | | 7.25 |
| Social Security Company | | | 31.00 | | | 31.00 |
| Total Employer Taxes and Contributions | | | 38.25 | | | 38.25 |

18. Does spouse/companion receive alimony or child support from a previous marriage? If yes, amount: $ _NA_

## DEBTOR EMPLOYMENT DATA

19. Occupation: **PHARMACIST**
20. How Long in Present Employment? **10 YEARS**
21. Present Employer's Name: **SAV-RITE PHARMACY**
22. Phone No. (Area Code) **304-393-3386**
23. Employer's Address (Street, City, State & Zip Code): **#50 LINCOLN STREET KERMIT, WV 25674**
24. Other Employment - Within Last Three Years: **N/A**

| Employer's Name | Address | Phone No. | Employment Dates |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

25. Do you own a business? Yes **X** No ___  (If yes, answer questions 26-31). **2 BUSINESSES STROSNIDER DRUG INC / WOOLEY AUTO SALES INC**
26. How long have you owned this business? **APROX. 10 YEARS**
27. Percentage (%) ownership of business: **50% OF EACH BUSINESS**
28. Dollar Equity in this business: **STROSNIDER DRUG - PURCHASED STOCK FOR 120000.00 / WOOLEY AUTO SALES INC - INITIAL STOCK - 584765.00**
29. Business Name: **1) SAV RITE PHARMACY INC  2) WOOLEY AUTO SALES INC**
30. Business Phone (Area Code) **1) 304-393-3386  2) 606-395-6300**
31. Business Address (Street, City, State & Zip Code): **1) #50 LINCOLN STREET KERMIT, WV 25674   2) BOX 1589 RIVERFRONT RD LOVELY, KY 41231**

## SPOUSE/COMPANION EMPLOYMENT DATA

32. Occupation: **DISABILITY SOCIAL SECURITY**
33. How Long in Present Employment? **APPROX 2 YEARS**
34. Present Employer's Name: **NOT EMPLOYED**
35. Phone No. (Area Code) **606-638-3033**
36. Employer's Address (Street, City, State & Zip Code): **"NA"**
37. Other Employment - Within Last Three Years

| Employer's Name | Address | Phone No. | Employment Dates |
|---|---|---|---|
| SAV-RITE PHARMACY | #50 LINCOLN ST KERMIT, WV 25674 | 304-393-3386 | 2001 TO 8-31-09 |
|  |  |  |  |
|  |  |  |  |

38. Does your spouse own a business? Yes **X** No ___  If yes, dollar equity in this business: ___

2

| INCOME | |
|---|---|
| NOTE: State <u>monthly</u> income; if income varies, add your income over the last 12 months and divide by 12. | |
| 39. Debtor's <u>take home</u> income from business:<br>Note: Attach profit and loss statements and balance sheet for the last three years. | $ 1651.16 |
| 40. Debtor's <u>take home</u> income from employment:<br>Note: Attach a copy of your most recent pay stub.<br>   SAME AS BUSINESS | $ |
| 41. Bonus/Commissions (averaged for the year): | $ 0 |
| 42. Spouse's take home income from employment/business (after subtracting all deductions/expenses): | $ 0 |
| 43. Net rental income (after subtracting all expenses, including mortgage payments): | $ 0 |
| 44. Interest income: | $ 0 |
| 45. Dividend income: | $ 0 |
| 46. Income from relatives: | $ 0 |
| 47. Alimony and child support received: | $ 0 |
| 48. Unemployment income: | $ 0 |
| 49. AFDC and/or Food Stamps: | $ 0 |
| 50. Pension, retirement, social security or profit-sharing plan income received now and anticipated to receive over the next 12 months: Date to begin receiving if in the future: _____<br>   SOCIAL SECURITY | $ 1624.90 |
| 51. Disability insurance income received (averaged for the year): | $ 0 |
| 52. Other monthly income, explain: | |
| SAV-RITE RECEIVABLE | $ 2000.00 |
| SAV-RITE DISTRIBUTIONS ESTIMATE | $ 3000.00 |
| | $ |
| 53. TOTAL INCOME: | $ |

3

## MONTHLY EXPENSES

NOTE: State monthly expenses; average over 12 months if necessary. Do not list any expenses paid by your business(es).

| # | Item | Amount | # | Item | Amount |
|---|------|--------|---|------|--------|
| 54. | Rent / Mortgage: | $ 1632. | 64. | Clothing: | $ 400. |
| 55. | Property Taxes: | $ 0 | 65. | Food: | $ 800. |
| 56. | Mortgage on other properties: | $ | 66. | Electricity: | $ 400. |
| | List Addresses: | | 67. | Natural Gas: | $ 150. |
| | | | 68. | Water/Sewage: | $ 100. |
| | | | 69. | Telephone: | $ 100. |
| | | | 70. | Cable TV: | $ 250. |
| 57. | Vehicle Payment(s): | $ 0 | 71. | Other Utilities: | $ 25. |
| | List make, model & year: | | | Specify: GARBAGE | |
| 58. | Gasoline: | $ 600. | 72. | Entertainment: | $ 200 |
| 59. | Car Maintenance: | $ 300. | 73. | Gifts: | $ 100 |
| 60. | Home Maintenance: | $ 600. | 74. | Other Expenses: | $ 0 |
| 61. | Insurance: | $ 2000. | | Detail: | |
| 62. | Dependant Support/Alimony: | $ 0 | | | |
| 63. | Medical: | $ 1500. | | | |
| | | | 75. | TOTAL EXPENSES: | $ |

## TAXES

76. Did you file a Federal Tax Return last year? __X__ Yes ____ No  EXTENSION TO 10-15-2011

    Joint __X__   Individual ____   Amount of Gross Income reported:  $ UNKNOWN AT PRESENT TIME

    Where filed: WILL BE FILED BY EXTENDED DUE DATE

77. Will you or did you receive a tax refund from Federal, State, City, County, or local government?

    ____ Yes __X__ No   If yes, list from whom and amount for each refund:

    _____   Total Amount $ _____

78. Do you owe delinquent taxes? ____ Yes __X__ No   If yes, list below years and amount due:

    _____

NOTE: Attach a copy of all Federal income tax returns filed for the last 3 years, both business & personal.

4

## ASSETS

NOTE: Identify all assets wherever located, held by you individually, by you together with your spouse/companion or with any other person, and by your spouse individually. These assets include all assets held as joint tenants, as tenants in common, and as tenants by the entireties.

| | NAME OF FINANCIAL INSTITUTION | ACCOUNT NUMBER | CURRENT BALANCE |
|---|---|---|---|
| 79. Personal Checking Accounts: | BB&T | ▬▬▬▬ | $ 81.34 |
| | BANK OF MINGO | ▬▬▬▬ | $ 37.40 |
| | | | $ |
| 80. Personal Savings Accounts: | | | $ 0 |
| | | | $ |
| | | | $ |
| 81. Certificate(s) of Deposit: | | | $ |
| | | | $ |
| 82. IRA, KEOGH and/or other Retirement Accounts: | | | $ 0 |
| | | | $ |
| 83. Other Personal Accounts (Describe): | | | $ 0 |
| | | | $ |
| | | | $ |
| 84. Cash Surrender Value of Life Insurance: | | | $ 0 |
| | | | $ |
| 85. Stocks, Bonds and/or Mutual Funds (Describe): | | | $ 0 |
| | | | $ |
| 86. Other Personal Monetary Investments (Describe): | | | $ 0 |
| | | | $ |
| 87. Business Checking Account: | | | $ 20000. |
| 88. Business Savings Account: | | | $ 0 |
| 89. Business Real Property (Describe): | | | $ 0 |
| | | | $ 0 |
| 90. Business Personal Property (Describe): | FURNITURE + FIXTURES + EQUIPMENT | | $ 20000.00 |
| | | | $ |

5

CURRENT
BALANCE

| | | |
|---|---|---|
| 91. All Other Business Assets (Describe): | SAV RITE RECEIVABLES<br>SAV RITE INVENTORY (COST)<br>WOOLEY AUTO SALES INVENTORY<br>WOOLEY AUTO SALES RECEIVABLES | $ 140000.00<br>$ 100000.00<br>$ 175000.00<br>$ 500000.00 |
| 92. Other Business Monetary Investments (Describe): | $ FLOOR PLAN LIABILITY<br>$ UNCOLLECTABLE<br>$ MONTHLY EXPENSE CAR LOT | $ 135000.00   0<br>$ 50000.00<br>$ 15000.00 |

93. Do you hold any safety deposit boxes? Yes _____ No _X_ If yes, provide name of financial institution(s).

_____

94. Do you own stock in any corporation, either closely held or publicly traded? Yes _X_ No _____ If yes, identify type of stock and number of shares owned.

STROSNIDER DRUG dba SAV-RITE    10 SHARES    COMMON

WOOLEY AUTO SALES INC    200 SHARES    COMMON

95. Are you an officer or director of any corporation? Yes _X_ No _____ If yes, provide details.

PRESIDENT + VICE PRESIDENT  SAV-RITE

PRESIDENT + VICE PRESIDENT  WOOLEY AUTO SALES INC

96. Are you a partner in any partnership? Yes _X_ No _____ If yes, provide details.

A PARTNERSHIP EXISTS BETWEEN GARFIELD HORN AND WOOLEY AUTO SALES INC.  RV ACCOUNT

97. Are you a party in any law suit now pending in which you might receive money or something of value? _____ Yes - Provide Details _X_ No

_____

98. Are you a Trustee, Executor, or Administrator under any will or testament, insurance policy, or trust agreement?

_____ Yes - Provide Details  _X_ No

_____

99. Is there any likelihood you will receive an inheritance or benefit from a trust or claim? _____ Yes - Provide Details _X_ No

6

NOTE: Current Value is the price that you could expect to receive if you sold this asset today.

| | CURRENT VALUE |
|---|---|
| 100. Home: 100% OWNED BY SPOUSE (CASUALTY LOSS REPLACEMENT) | $ 400000.00 |
| 101. All other real property including vacation or second home, investment property, and/or rental property. List type of property and addresses: | $ O |
| | $ |
| | $ |
| 102. Motor Vehicles and Motorcycles List Make, Model & Year: 2003 JAGUAR | $ 6500.00 |
| | $ |
| | $ |
| 103. Boat: | $ O |
| 104. Total current value of personal assets, i.e., TVS, VCRs, computers, stereos, CD player, video camera, sporting goods, furniture, guns, jewelry, antiques, art objects, stamp collections, etc.: | $ |

| | AMOUNT |
|---|---|
| 105. Money owed to you - List source: WOOLEY AUTO SALES - PERSONAL MONEY LOANED PROBABLY WILL NOT BE PAID. RECLASSIFY AS EQUITY | $ O |
| | $ 1775671. |
| | $ |
| 106. Money, or other asset, held by someone else on your behalf, explain: | $ O |
| 107. Other money owed to you or your spouse, list source and reasons for debt: | $ O |
| 108. List any other assets of any kind not previously disclosed; describe: | $ O |
| | $ |

7

109. List all transfers of property including cash *(by loan, gift, sale, etc.)* that you and/or your spouse/companion have made within the last five years   (items of $1000 or over):

| Date | Amount | Property Transferred | To Whom |
|---|---|---|---|
| "N/A" | | | |
| | | | |
| | | | |

## LIABILITIES

PAYMENTS                                                                                           CURRENT BALANCE     MONTHLY

110. Mortgage loan; list mortgage company:
   CITIZENS BANK (Spouse's Home)     $ 205000.00     $ 1625.00

111. Car loans; list creditor:
   $ 0     $ 0

112. Credit cards; list creditor & type of card (e.g. First Bank Visa):
   SEARS VISA     $ 1345.00     $

113. Other loans; list creditor & type of loan;
   $ 0     $

114. Anticipated money owed in a pending judgment or claim; describe:
   $ UNKNOWN     $

8

| 115. | List any other liabilities of any kind not previously disclosed; describe: | | |
|---|---|---|---|
| | ½ MORTGAGE SPOUSE'S HOME | $ | $ 100000.00 |
| | | | |
| | | | |

---

**LIABILITIES (Cont.)**

116. Are your wages and/or those of your spouse under garnishment at this time? _____ Yes - Provide Details __X__ No

117. Are there outstanding unpaid judgments against you for any debts other than this one? _____ Yes - Provide Details __X__ No

118. Do you owe large medical bills? _____ Yes __X__ No  *If yes, give specific details and attach copies of the bills:*

NOTE: The following is a summary of the additional documents required:

a) Attach Profit & Loss Statements and Balance Sheets for the last 3 years for your business(es).

b) Attach your most recent pay stub(s), if employed.

c) Attach all tax returns for the last 3 years, both business and personal.

Please read carefully before signing.

*With knowledge of the penalties for false statements provided by 18 United States Code 1001 ($10,000 fine and/or five years imprisonment) and with knowledge that this financial statement is submitted by me to affect action by the U.S. Department of Justice, I certify that I believe the above statement is true and that it is a complete statement of all my income and assets, real and personal, whether held in my name or by any other.*

_6/30/11_  
DATE

_[signature]_  
SIGNATURE

_James P. Woolley_  
PRINTED NAME

9