U.S. Department of Justice
United States Attorney

STROSNIDER DRUG dba
SAV RITE PHARMACY INC.
Financial Statement of Corporate Debtor
(Use Additional Sheets Where Needed)

1- For Profit (X)

1. Name (Debtor) **JAMES P. WOOLEY**   Type 2-Not for Profit ( )

2. Business Address **# 50 LINCOLN ST.   KERMIT   WV   25674**
   Street                         City              State
   Note: Attach schedule of all business addresses

3. Foreign _____ Domestic **X**

4. State-Incorporation **WEST VIRGINIA** Date-Incorporation **11-9-1967**
   License to do business in _____

5. Name Registered Agent _____

6. Address Registered Agent _____ Phone _____

7. Names and Addresses of Principal Stockholders. Indicate the ownership of 75% of the stock of the Corporation. Number of Shares Owned by each.

   (1) **JAMES P. WOOLEY**          **10 SHARES**
   (2) **DOROTHY F. WOOLEY**        **10 SHARES**
   (3) _____
   (4) _____
   (5) _____
   (6) _____
   (7) _____
   (8) _____

8. (A) Names and Addresses of Current Officers and Number of Shares Held by Each. Term Expires on
   (1) **JAMES P. WOOLEY 1073 ROSE LANE LOUISA, KY   PRESIDENT-V PRESIDENT**
   (2) **DOROTHY F. WOOLEY 1073 ROSE LANE LOUISA, KY   SECRETARY/TREASURER**
   (3) _____
   (4) _____
   (5) _____

   (B) Names and Addresses of Current Members of Board of Directors. Term Expires on
   (1) **SAME AS 7 + 8 ABOVE**
   (2) _____

Formerly OBD-61

FORM OBD-500C

Page 1 of 8

Ex. 3

(3) _____
(4) _____
(5) _____

9. (A) Registration on National or Local Stock Exchange(s). (Give details, including date of Registration and/or delisting.)

(1) "NA"
(2) _____
(3) _____
(4) _____

(B) Total authorized Shares of each type issued and present market value per share on each type of stock.

(1) "NA"
(2) _____
(3) _____
(4) _____

(C) Total outstanding shares of each type of stock currently being held as Treasury Stock.

"NA"
_____
_____
_____

(D) Total outstanding shares of each type of stock. Amount of bonded debt and principal bondholders.

"NA"
_____
_____
_____

10. List States and Municipalities to which taxes have been paid and/or are being paid. Describe nature and amount of such taxes, state most recent year of payment thereof and whether tax payments are current.

CITY OF KERMIT B+O CURRENT
STATE OF WEST VIRGINIA FRANCHISE + WITHHOLDING + SALES TAX CURRENT
STATE OF KENTUCKY WITHHOLDING CURRENT
_____
_____

11. Has this Corporation filed United States Corporate Income Tax Returns during the last 3 years? Yes (X) No ( )

To What I.R.S. Office(s) **CINCINNATI, OHIO 45999**

What Years? **2008 - 2009 - 2010 EXTENDED TO 10-15-2011**

_____ Are Federal Current? Yes (X) No ( )

12. Name and Address of
    (a) Corporation Independent Certified Public Accountants
        **JESSIE + JESSIE, A.C. CERTIFIED PUBLIC ACCOUNTANTS**
        **P.O. BOX 1437**
        **Williamson, WV 25661**

    (b) Corporate Attorney(s) retained by Corporation From _____ to _____
        **BRICKER + ECKLER**
        **1001 LAKESIDE AVENUE EAST**
        **CLEVELAND, OH 44114**

13. Does this Corporation have a Profit and Loss Statement and Balance Sheet for the most recent calendar or fiscal year and for specified past years. Past Years ( 08 ) ( 09 ) ( 10 ). If Yes, submit one copy of each. Submit audited documents if available.

14. Does this Corporation maintain bank accounts. Give names and addresses of Banks, Savings and Loan Associations, and other such entities, within the United States or located elsewhere. Indicate name and number of accounts and balances.

                                                                Balance
(A) Checking Accounts(s) **BB+T -** ▓▓▓▓▓▓▓▓▓▓▓▓            **20000.00**
                         **KERMIT, WV**
                         **BB+T -** ▓▓▓▓▓▓▓▓▓▓▓▓  **PAYROLL  5000.00**
                         **KERMIT, WV**

(B) Savings Account(s) **"NA"**

(C) Other Account(s) **"NA"**

(D) Savings & Loan Associations or other such entities **"NA"**

(E) Trust Accounts(s) "NA"

(F) Other Account(s) "NA"

15. List all commercial paper, negotiable or non-negotiable, in which the Corporation has any interest whatsoever, presently in transit or in the possession of any banking institution. Describe such paper and the Corporations' interest therein, and state its present location. List all accounts and loans receivable in excess of $300 and specify if due from an officer, stockholder, or director.
"NA"

16. From personal knowledge as President, Vice President, or Chairman of the Board for the last taxable year, indicate in round figures:

    (A) Gross Income            $ **5100000.**

    (B) Expenses (Fixed & Current)    $ **4900000.**

    (C) Gross Profit (or Loss)        $ **200000.**

    (D) Net Profit After Taxes      $ **200000.**

    (E) List approximate totals:

    Payables: $ **220000.**      Receivables: $ **140000.**

17. Is this Corporation presently:

    (A) Active                                          Yes ( X )     No (  )
    (Answer No if inactive but still in existence)

    (B) Void and/or Terminated by State authority      Yes (  )     No ( X )

    (C) Otherwise dissolved                           Yes (  )     No ( X )

    1. Date _____

    2. By whom _____

    3. Reason _____

18. List corporate salaries to and/or drawings of the following personnel for the last three taxable years:

| Position (Inc. officers) | Specify Year | | |
|---|---|---|---|
|  | (Year) 1. **2010** | (Year) 2. **2009** | (Year) 3. **2008** |
| President **JAMES P. WOOLEY** | **26000.** | **79800.** | **156000.** |
| Chairman of the Board |  |  |  |

|  |  | 2010 | 2009 | 2008 |
|---|---|---|---|---|
| Secretary | DOROTHY F. WOOLEY | -0- | 66520. | 119600. |
| Treasurer |  |  |  |  |

B) List five most highly compensated employees or officers other than above, describe position and set forth salary and/or bonus for last three taxable years:

|  |  | (Year) 1. 2010 | (Year) 2. 2009 | (Year) 3. 2008 |
|---|---|---|---|---|
| 1. R▓ | MANAGER | 59504. | 58379. | 73911.87 |
| 2. L▓ | CHIEF PHARM TECH | 52116. | 44530. | 60354.96 |
| 3. S▓ | SENIOR PHARM TECH | 30573. | 31446 | 28053.95 |
| 4. M▓ | SENIOR PHARM TECH | 29212. | 28967. | 35763.00 |
| 5. P▓ | SENIOR PHARM TECH | 29167. | 26372 | 35894.43 |
| L▓ | PHARMACIST |  | 94500. | 55500.00 |

(C) Describe the nature of the compensation paid to the persons listed in (A) and (B) above and set forth any stock options, pensions, profit sharing, royalties, or other deferred compensation rights of said persons.

SALARIES OR WAGES

19. List Primary Corporate commercial activity (fields of activity resulting in income):
1. PHARMACY
2. 
3. 
4. 

20. List all other supplementary fields of activity in which this Corporation is engaged, either directly, or through subsidiaries, or affiliates, stating the name(s) and state(s) of incorporation of such subsidiaries or affiliates.

NONE

21. Has this Corporation at any time been the subject of any proceeding under the provisions of any State Insolvency Law, or the Federal Bankruptcy Act, as amended? If so, supply the following information as to each such proceeding.

    (A) Date (Commencement) _____ "NA" _____

    (B) Date (Termination) _____

    (C) Discharge or other disposition, if any, and operative effect thereof _____

    _____

    _____

    (D) State Court _____ Federal Court _____
          County                                District
    (E) Docket No. _____

22. (A) List all Real Estate, and Personalty of an estimated value in excess of $500.00, owned or under contract to be purchased by this Corporation and where located.

    FURNITURE - FIXTURES + EQUIPMENT KERMIT, WV  $20000.

    (B) List and describe all judgments, recorded and unrecorded:

    (1) Against the Corporation

        NONE

    (2) In favor of the Corporation

        NONE

    (C) List and describe all other encumbrances against Real Estate owned by the Corporation: (including but not limited to mortgages, recorded or unrecorded)

        NONE

(D) List and describe all other encumbrances (including but not limited to Security Interests, whether perfected or not) against any such personalty owned by the Corporation as is listed in 22(A) above.

NONE

(E) List and describe location of Real Estate, including Real Estate being purchased under contract, with name and address of Seller and contract price:

"NA"

23. List all Life Insurance, now in force on any or all Officers, Directors, and/or "key" Employees, setting forth face amounts, names of life insurance companies and policy numbers where this Corporation, has an "insurable interest," and/or is paying the premium or part of same. Where applicable indicate under which policy(s) this Corporation is a Beneficiary, type policy(s), yearly premium, and location of policy(s).

NONE

24. List all transfers of any or all assets (Real and/or Personal) and each (over $300.00) made by this Corporation, OTHER THAN IN THE ORDINARY COURSE OF BUSINESS, during the last three (3) calendar years and state to whom transfer was made. Describe compensation paid by recipient and to whom.

NONE

25. Is this Corporation a party in any law suit now pending? ( ✓ ) Yes (Give details) ( ) No

26. Please list names and addresses of any person or other business entity, holding funds in escrow or in trust for this Corporation, or any of its subsidiaries or affiliates.

"NA"

27. Additional Remarks    NONE

28. Verification and Affidavit

With knowledge of the penalties for false statements provided by 18 U.S. Code §1001 ($10,000 fine and/or 5 years imprisonment) and with knowledge that this financial statement is submitted by me as a responsible officer of this Corporation to affect action by the U.S. Department of Justice, I hereby certify that I believe I completely understand the above statement, and that the same is a true and complete statement of all corporate income and assets, real and personal, whether held in the Corporate name or otherwise.

Date: 6/30/11

_____
AFFIANT (Officer)

_____
(List Corporate Position)

77
_____
Age (Next Birthday)

NOTARY PUBLIC
My Commission Expires 9-4-2012

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
RITA HAYES
P. O. BOX 179
KERMIT, WV 25674
My commission expires September 4, 2012

You are further authorized to fully answer any and all inquiries made by the Office of the United States Attorney regarding any transaction or dealing.

This release is provided without restriction and without regard to any privilege, statutory or common law right to privacy.

You are authorized to accept a copy of this Release as an original.

Date: 6/30/11    CUSTOMER: _James P. Worley_ (signature)

Date: _____    COUNSEL: _____

## ACKNOWLEDGMENT

County of _Mingo_,

State of West Virginia:

Taken, subscribed and acknowledged before me this _30_ day of _June_, _2011_.

_____ (signature)
NOTARY PUBLIC

My commission expires _9-4-2012_

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
RITA HAYES
P. O. BOX 179
KERMIT, WV 25674
My commission expires September 4, 2012

July 2003