IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re:

STROSNIDER DRUG STORE, INC.,                    Case No. 11-20793

        Debtor in Possession.                   Chapter 11

AGREED ORDER GRANTING MOTION OF THE UNITED STATES OF AMERICA
TO ORDER DEBTOR'S COUNSEL TO HOLD DEBTOR'S CASH AND CASH
EQUIVALENTS IN HIS ATTORNEY TRUST ACCOUNT
PENDING FURTHER ORDER OF THE COURT

        Upon the Motion of the United States of America, with the
agreement of Debtor's counsel, and for good cause shown, Debtor's
counsel is hereby ORDERED to immediately take possession of and
hold in his attorney trust account all the Debtor's cash and cash
equivalents currently in the Debtor's possession or control or that
come into its possession or control during the pendency of this
case pending further order of the Court.

Entered:   NOV 15 2011

                                    _____
                                    RONALD G. PEARSON
                                    United States Bankruptcy Judge

Prepared by:                        Approved by:
/s/ GARY L. CALL                    /s/ JOSEPH W. CALDWELL
Asst. U.S. Attorney                 Debtor's counsel
Counsel for the
United States of America

                                                            Ex.  5