IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                Civil Action No. 2:11-cv-0859

JAMES P. WOOLEY, DOROTHY FAYE
WOOLEY, AND STROSNIDER DRUG STORE, INC.
d/b/a SAV-RITE PHARMACY,

      Defendants.

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the United States of America does hereby provide notice of dismissal of the above-styled civil action. On February 27, 2012, the Bankruptcy Court for the Southern District of West Virginia approved the joint motions of the Debtor (Strosnider) and the United States to compromise and expedite the payment of the claim of the United States in the amount of $500,000. <u>In re: Strosnider Drug Store, Inc.</u>, Case No. 11-20793 (Chapter 11)(ECF # 73). Further, the United States has received payment of $500,000 from Strosnider.

Given this payment, and the provisions of 18 U.S.C. § 3664(j)(2)(A), the injunctive relief sought through this action is no longer required to prevent a continuing and substantial injury to the United States.

                                                            Respectfully submitted,

                                                            R. BOOTH GOODWIN II
                                                            United States Attorney

                                                             **s/Carol A. Casto**
                                                            First Assistant United States Attorney
                                                            WV State Bar Number 890
                                                            P.O. Box 1713
                                                            Charleston, WV  25326
                                                            Phone: 304-345-2200
                                                           Fax: 304-347-5443
                                                           E-mail: carol.casto@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 27, 2012, I filed the foregoing ***NOTICE OF DISMISSAL*** with the Clerk of the Court using the CM/ECF system and have notified the following via electronic mail and regular mail:

    Richard M. Blake, Esquire
    Bricker & Eckler LLP
    1001 Lakeside Avenue East
    Suite 1350
    Cleveland, OH 44114-1142
    Rblake@Bricker.com

    Joseph W. Caldwell, Esquire
    3818 MacCorkle Ave., S.E.
    P.O. Box 4427
    Charleston, WV 25364
    Jcaldwell@caldwellandriffee.com

    Eldred E. Adams, Jr., Esquire
    P.O. Box 606, 110 East Main Street
    Louisa, KY 41230
    bud@eeadams.com

                                 **s/Carol A. Casto**
                                 First Assistant United States Attorney